No. 675, Misc. KIRK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Kyle R. Weems* for petitioner. *Solicitor General Griswold* for the United States.

No. 677, Misc. COOK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *James Hunter III* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 682, Misc. GASTON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Charles R. Burton* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Hawthorne Phillips, Robert C. Flowers,* and *Lonny F. Zwiener,* Assistant Attorneys General, and *W. V. Geppert* for respondent.

No. 683, Misc. JOHNSON *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied.

No. 710, Misc. DECKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 715, Misc. ROBINSON *v.* KROPP, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 720, Misc. TUDELA *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Phillip A. Hubbart* for petitioner.

No. 734, Misc. BARNES *v.* FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 742, Misc. MENDOZA *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.